Opinion issued March 26, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00038-CV

____________


ESTANISLAO QUINTANA, Appellant


V.


STEVEN VILLANO, Appellee






On Appeal from the County Civl Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 904362






MEMORANDUM OPINION

 Appellant has filed a voluntary motion to dismiss the appeal. More than 10
days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.